Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP, LLP**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant*
*Choe Family, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CHOE FAMILY, LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-05089-JVS-JDE<br><br>*[Originally filed in Los Angeles County Superior Court; Case No.: 24STCV14785]*<br><br>Related Case:<br>Case No. 8:24-cv-01266-JVS-JDE<br><br>**DEFENDANT CHOE FAMILY, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF LEE'S COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: June 12, 2024 |

**ANSWER TO COMPLAINT FOR DAMAGES**

Defendant Choe Family, LLC ("Defendant" or "Choe Family"), by and through undersigned counsel, hereby submits this answer and affirmative defenses to the Complaint for Damages ("Complaint") filed by Plaintiff Henry Lee ("Plaintiff" or "LEE") in the Superior Court for the County of Los Angeles and subsequently removed to this Court. Any allegation in the Complaint not specifically admitted below is denied.

## ANSWER TO THE COMPLAINT
## GENERAL ALLEGATIONS

1. Defendant admits that Plaintiff is an individual with a business address within the City and County of Los Angeles. Except as admitted, Defendant denies each and every allegation of Paragraph 1 of the Complaint.

2. Choe Family is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint and therefore denies them.

## FIRST CAUSE OF ACTION
## UNPAID WAGES

3. Choe Family denies each and every allegation of Paragraph 3 of the Complaint.

4. Choe Family admits that Plaintiff seeks to recover unpaid wages. Except as expressly admitted, Defendant Choe Family denies each and every allegation of Paragraph 4 of the Complaint. Defendant Choe Family further affirmatively denies that it ever employed Plaintiff or that it owes Plaintiff any unpaid wages or any statutory interest thereon.

## SECOND CAUSE OF ACTION
## DECLARATORY RELIEF

5. Defendant Choe Family admits that a controversy exists between the parties. Except as admitted, Defendant Choe Family denies each and every allegation of Paragraph 5 of the Complaint.

6. Defendant Choe Family admits that the disputes are ongoing and that Plaintiff is seeking a declaration of rights. Except as admitted, Defendant Choe Family denies each and every allegation of Paragraph 6 of the Complaint. Defendant Choe Family further expressly denies that Plaintiff is entitled to a declaration that the sole and exclusive managing member remains Plaintiff LEE, with no other parties having any rights, title, interests or authority to act on behalf of Defendant Choe Family. Defendant Choe Family further expressly denies that Plaintiff is entitled to a declaration he was never a signatory to any of Defendants' bank accounts and never controlled any of Defendants' funds.

## AFFIRMATIVE DEFENSES

Choe Family asserts the following affirmative defenses without prejudice to its position that it does not have the burden of proof to establish these defenses to the extent that the burden on the issue rests with Plaintiff as a matter of law. Choe Family hereby reserves its right to amend its Answer and Affirmative Defenses as additional information becomes available and additional defenses become apparent.

## FIRST AFFIRMATIVE DEFENSE

All of Plaintiffs claims are barred by Plaintiff's unclean hands.

## SECOND AFFRMATIVE DEFENSE

No valid, legal contract existed between Defendant Choe Family and Plaintiff that required Defendant Choe Family to compensate Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

The May 2021 Choe Family, LLC Operating Agreement is void and Plaintiff has no rights thereunder.

## FOURTH AFFIRMATIVE DEFENSE

Any contract alleged to exist lacks consideration or there was a failure of consideration.

## FIFTH AFFIRMATIVE DEFENSE

Any contract alleged to have existed is unenforceable because it was not in

writing, violates the statute of frauds, and/or violates the California Business and Professions Code.

### SIXTH AFFIRMATIVE DEFENSE

Any contract alleged to exist with Choe Family is not sufficiently definite to be enforceable.

### SEVENTH AFFIRMATIVE DEFENSE

Performance of the contract alleged with Choe Family was impossible.

### EIGHTH AFFIRMATIVE DEFENSE

Performance of the contract alleged with Choe Family was illegal.

### NINTH AFFIRMATIVE DEFENSE

Performance of the contract alleged with Choe Family was prevented by non-occurrence of a condition precedent.

### TENTH AFFIRMATIVE DEFENSE

Performance of the contract alleged with Choe Family was prevented by non-occurrence of a condition precedent.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff acted in bad faith.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff was first to breach any contract with Defendant Choe Family.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff anticipatorily repudiated any contract he had with Defendant Choe Family.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff cancelled any contract with Choe Family.

### SIXTEENTH AFFIRMATIVE DEFENSE

Any contract Plaintiff had with Choe Family was nullified.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Any contract Plaintiff had with Choe Family was the subject of a novation.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant Choe Family a trial by jury of all issues and claims which are so triable.

DATED:  July 5, 2024                    ORBIT IP, LLP

By: /s/ David A. Randall
EHAB M. SAMUEL
DAVID A. RANDALL

*Attorneys for Choe Family, LLC*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My current business address is 11400 W. Olympic Boulevard, Suite 200, Los Angeles, CA 90064.

On <u>July 5, 2024</u>, I served, in the manner indicated below, the foregoing documents(s) described as:

1. **DEFENDANT CHOE FAMILY, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF LEE'S COMPLAINT FOR DAMAGES; JURY DEMAND**

on the interested parties in this action as follows:

> HENRY LEE
> 3731 Wilshire Blvd., Suite 930
> Los Angeles, California 90010
> leelawcorp@aol.com

**[X] (BY MAIL)** I placed each of the foregoing documents in an envelope addressed to the interested parties identified above, and I caused such envelopes to be deposited in the United States mail at Los Angeles, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (F.R.C.P. § 5 (b)(2)(C)).

**[X] (BY ELECTRONIC MAIL)** I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated in the service list above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>July 5, 2024</u>.

/s/David A. Randall
David A. Randall